# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID TROUPE

      *Plaintiff*

v.

KATRINA SUCKOW; BONNIE KLAHN; THOMAS ROE; and KEITH BRODHEAD

      *Defendant*

Civil Action No. 2:13-CV-05038-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This case is dismissed with prejudice, with all parties to bear their own costs and attorney fees.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for voluntary dismissal.

Date: 12/23/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Cora Vargas
      *(By) Deputy Clerk*

Cora Vargas